UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Case No. 10-2116 MK |
| | ) | USMJ KNOWLES |
| ROBERT PORTER et al. | ) | |

## UNITED STATES' MOTION TO UNSEAL
## CRIMINAL COMPLAINT/AFFIDAVITS/ARREST WARRANTS

The United States requests the criminal complaint, affidavit, and arrest warrants in this case be unsealed since the arrest warrants have largely been executed. Some of the defendants charged in this complaint have not yet been located and arrested, but they likely know that agents are searching for them. Therefore, publicly revealing the identities of the defendants who have not been located and arrested will likely not harm law enforcement interests, and may help the agents efforts to safely arrest them by generating information from concerned citizens.

Respectfully submitted,

JERRY E. MARTIN
UNITED STATES ATTORNEY

By: *s/ Sunny A.M. Koshy 12/13/10*
SUNNY A.M. KOSHY
Assistant United States Attorney
110 9th Avenue, South
Suite A-961
Nashville, Tennessee 37203

SO ORDERED:

_____
E. CLIFTON KNOWLES
U.S. Magistrate Judge